**Exhibit A to the Complaint**

**Location:** Vienna, VA  
**Total Works Infringed:** 35  
**IP Address:** 71.114.79.5  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4BAB25D18D81C6A63E3AFE077735EC6B61810E14<br>File Hash: FFAE5541F4D1F8E13776BB1FC733BAD53A019E725848B8CCF5C78877EE0944E3 | 11/30/2020 19:42:37 | Tushy | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 2 | Info Hash: 1AB8C2B17686AC6D80CE93AD69388780C6BEB4C3<br>File Hash: A25C01266CB692D40490B18165C74FDBC45967EE57D96A054B316B32CA303291 | 11/30/2020 19:15:52 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 3 | Info Hash: 1444BAA411A2A971C09FBD663DEBBCE14D0B5C7C<br>File Hash: A4F89D70E4B9E016BAF099259CAF8E3494C77E875B874C08D7653AD4EA0D3E07 | 09/15/2020 19:27:49 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 4 | Info Hash: FFBCF58EF0CD8C81446C244EBEA22CC3F2BCD9D8<br>File Hash: 6C237DBE0A407654CB5E6BD74C8EE125F7C57FC7185B28244457431623F4C083 | 09/02/2020 00:34:19 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 5 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08/19/2020 00:55:29 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 6 | Info Hash: F2E2D4E046CCDC0E6FB0A0BE24D07653F3A912F8<br>File Hash: 6106DF256B24DD6C920A937F36BDC9F76CE6C6CA22C29C661D65493E9FC055B0 | 07/28/2020 19:25:58 | Tushy | 07/26/2020 | 08/31/2020 | PA0002265634 |
| 7 | Info Hash: 6CD80647B4C12FB7BC07E75077C2F3DBD5B6452D<br>File Hash: 9929AC09E25EDA0D1C46B57799340305CEAA94F44D98D6AB1F751F065D752BFF | 07/14/2020 00:42:38 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 8 | Info Hash: EBD16CBE3484D2A3B19D220A3F4EAA31E1845689<br>File Hash: 1CD12C1C2BA301B318D02E752135027C0FF882A53596A13C459186FB9D938C8F | 06/09/2020 01:16:24 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 017F8A5FA478B705A35E57D0296F318C8C63DFBD<br>File Hash: 46E691036EB12493A1CB0143337AE7DDA08D5F925DBDA155E9520C6750661E90 | 05/05/2020 21:23:52 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 10 | Info Hash: E59BF4DD11580DE116FCAA01D5A005226CC01E18<br>File Hash: 605967F7E372D9607D6BA2E22985CAB24B1810C42720227D8A8D6DD0E933F060 | 03/06/2020 01:21:35 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 11 | Info Hash: B41187C80115182E98EB541B3B15CE240B88B14A<br>File Hash: 9FE0D087CFCD5F3A3EF32FAE3C613F82AF2F46E308BDAD9D900A82372999F061 | 03/06/2020 01:18:40 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 12 | Info Hash: 0CE33C446429277463F3D57A64FCA9072BD8DE65<br>File Hash: C2886ACBECB00180E9884BB466E7B9B53F3B038F5900184BC2FC6ED10618F54E | 02/21/2020 00:58:51 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 13 | Info Hash: E71EC8CB63393289191415BB2B8F1FA8208D768A<br>File Hash: 27577D0CD872DF905A722080D0516F6F6047787DBB633287BEEAB5B6E5B5C29C | 01/27/2020 00:35:19 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |
| 14 | Info Hash: F14D03319C96EA97DF51925499B59B64CA503E35<br>File Hash: EA4D9009B34F773184E4EB73E2BDE6C65D783E27863E51E1B60C05901FB93C08 | 01/18/2020 01:31:42 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 15 | Info Hash: E1B4DE5C3E27DACD290ADEED9E548F0644D74E73<br>File Hash: A802078DFD388951115A9DFBA87C43AA2022D5973DA9E6839FBABC50067D3404 | 01/03/2020 02:59:04 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 16 | Info Hash: 415C3B7943A631507E46E3B17A50F5B72D0DD00B<br>File Hash: 4A3DFBCC7121F71DC232669300B96F09598024154AAB6B48BDB9094E86743DCE | 12/28/2019 02:48:47 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 17 | Info Hash: C6520DA67348FCF688DB38741CB288B7A76ADB05<br>File Hash: 41CCEE97E4FF595FC5E5795C99144C4DC34E96328A35A68D5F403BF219A838B7 | 12/12/2019 02:45:19 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 8141AB80DA4E31ED14546F8C150F2C63A06CA438<br>File Hash: 2C3F4225CC8B620F5EA8CCAE4D4439C09D4B800517244C161FE55CBB98421E5B | 12/05/2019 22:38:32 | Tushy | 12/02/2019 | 12/17/2019 | PA0002217668 |
| 19 | Info Hash: 1B2382289ABB38239B1FF055D9746681B6157C71<br>File Hash: A59AA469EA9239D0D66218CB34A5A688895E5305502B8151FC1A17598C0DEF83 | 11/27/2019 02:33:09 | Blacked Raw | 11/25/2019 | 12/09/2019 | PA0002216263 |
| 20 | Info Hash: 238E583821784CA8C1C7D09897AAC9B6FC68D488<br>File Hash: 402EDA3E56A21A9FEF4FF7A3C194EF0CCFFDA3915F8A18EDD88FBA6F19E1E56B | 11/27/2019 02:20:17 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 21 | Info Hash: 041467C4974BAA7E587B0367EC12EC6D933A7317<br>File Hash: B6755513BE36176A35BEC386097546EF586D9961D37E1A73551AFD7F6050BE7C | 10/25/2019 01:44:03 | Tushy | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 22 | Info Hash: B28F49E459245BA3B35AFA97F4780D3924030CBB<br>File Hash: 070014250BD7FF6C297A1FE0561DC87F42CDE0411172A72171214D2C8EA22A35 | 10/25/2019 01:09:13 | Tushy | 10/23/2019 | 11/05/2019 | PA0002227103 |
| 23 | Info Hash: E9B680D874D46CAE8626611338D8E71E429D202C<br>File Hash: A816A1A74299D2D70BAC68220518C15AA9BB1CE927F78D0C71538A6E87FDA8E5 | 10/09/2019 01:06:50 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 24 | Info Hash: 60FAF98DC530C76821EB20CE9D6F41DFB64CEBAD<br>File Hash: 8B9C34D1B970E0D22F63878589E31A9E4E4822EEF61056D267E31B6A355DE56D | 10/02/2019 00:21:43 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 25 | Info Hash: 9DF91911B691952B304CD72D22ED6C93525094FE<br>File Hash: 80FEE33C58B958C751CE68EAFA640D65F8093642C152E97B07ABB4400B5FB95A | 09/21/2019 23:16:48 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 26 | Info Hash: 9F9C11BC582227F6DB56678FC61934B7F83C2C2F<br>File Hash: E041BBB42344F2B75B870D56D0F0799290C94E392E7E9144390645FE1A66F35D | 08/25/2019 14:09:36 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: FC7B1AF6759CFC7917240CAB3F5478D757E5FF33<br>File Hash: 54970127998111E48E39811FAA2695761428103D0A6B698047BEBC6B973F76C3 | 08/15/2019 01:51:44 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 28 | Info Hash: 2EEE7B4D1483E621A4A18D7EC29D97296D404EB0<br>File Hash: 044A7207F8BCD4CA458CE003D2B843C39228539ECF13F30B67EC91724A2A7EAE | 08/09/2019 20:12:16 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 29 | Info Hash: 76F442D9C1D44DBCA7E9694E06BAC9FDEFA1286B<br>File Hash: 07804F7A6BD22E48684AEC6C8DDA18FC0C431D770A7AE0785B1FD1E2DA8B8D2C | 07/30/2019 01:29:23 | Tushy | 07/10/2019 | 08/02/2019 | PA0002192298 |
| 30 | Info Hash: A2C3D378DEA7506A11D8ACFE266CA4E369B3F07C<br>File Hash: EEF562B8CECC530E3A0314348BE50E5C25BFE07D20F03C4EA51194D4C9B0FE82 | 07/17/2019 19:27:00 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 31 | Info Hash: 4D73BAD72967DF4180227491EBEC51A05DC34C96<br>File Hash: B3BD5FA8B89500253DD8FDD7B35B0F1981662474A9D6720130386C1D5856552E | 07/16/2019 23:47:22 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 32 | Info Hash: 6AA870E3F55544F4B0AA3BB0604963577DB37248<br>File Hash: 3DDDCD20C78E60D97705D3FB353BCFEA7390157EC1E9BCA6FBD846BE81C7C019 | 06/05/2019 01:35:29 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 33 | Info Hash: DA10C35906A2AB971B237A112F81E0124D41E215<br>File Hash: D107B49B8772401BA772C16EC1C5D5D5919E9FF5B937E8454B863BACB8B7DF63 | 05/22/2019 01:15:08 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 34 | Info Hash: 425EE8BBB77B2810F4F541AC0FCA90C5571B50DF<br>File Hash: 6D7608FA8661B4261FF898C8DCD6AAB7B014F5B3FE7E0AA46314EC93A49005E7 | 04/17/2019 01:36:38 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 35 | Info Hash: E005572E6EDC2281D2C05EAD5239E427E7B14E88<br>File Hash: F7FB48E1BECD7F260FB674AB1B23B07AFF55598D401C997D37C939B9C7A43910 | 04/09/2019 22:56:39 | Tushy | 04/06/2019 | 04/29/2019 | PA0002169945 |